Gerald W. Getty, Public Defender, of Chicago, (Harry Missirlian, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Richard Silas, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GEORGE W. COLES, Defendant-Appellant.

(No. 56513;

First District (2nd Division)—April 3, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robin K. Auld, Assistant State's Attorneys, of counsel,) for the People.